IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD01932-GCM

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| FAMILY DOLLAR STORES, INC., | ) | |
| WAGE AND HOUR EMPLOYMENT | ) | ORDER |
| PRACTICES LITIGATION | ) | |
| | ) | |

    This matter is before the court upon its own motion. The clerk is directed to administratively terminate all pending motions in these cases without prejudice to the parties' rights to refile. The parties shall have sixty days from the date of this Order to refile any motions that they wish the court to entertain.
    IT IS SO ORDERED.

Signed: June 24, 2008

Graham C. Mullen
United States District Judge