UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION )<br>)<br>)<br>)<br>_Concerning all member cases_ )<br>)<br>)<br>) | **MDL DOCKET NO: 3:08-MD-1932**<br>**Judge Graham C. Mullen** |

## ORDER REGARDING ORGANIZATIONAL STRUCTURE OF PLAINITFFS' COUNSEL

Lead Counsel: The Court appoints the following attorneys to act as Lead Counsel on behalf of all plaintiffs in the actions assigned to this Court by the Panel on Multi-District Litigation, with the responsibilities hereinafter described:

| Wiggins, Childs, Quinn & Pantazis LLC<br>Greg Wiggins<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203<br>Telephone: (205) 314-0500<br>Fax: (205) 254-1500 | Barkan Neff Handelman Meizlish, LLP<br>Robert E. DeRose<br>360 South Grant Ave.<br>Columbus, OH 43216<br>Telephone: (614) 221-4221<br>Fax: (614) 744-2300 |
|---|---|

Lead Counsel's responsibilities shall include the following, in consultation with Plaintiffs' Steering Committee, on behalf of all plaintiffs in this matter:

1. In consultation with the Steering Committee, to act on behalf of all Plaintiffs in all cases, with authority to bind the Plaintiffs.

2. Coordinate all proceedings, including preparing, structuring, and presenting pretrial and other management-related orders to the Court, after

1

consultation with and assistance from other plaintiffs' counsel as are necessary;

3. Along with the Steering Committee, to determine the position(s) of Plaintiffs on matters arising during these pretrial proceedings and present such position(s) orally and/or in writing to the Court and all opposing parties;

4. Coordinate discovery on behalf of Plaintiffs;

5. Coordinate work responsibilities and monitor the activities of all Plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

6. Act as principle spokesperson at all Court hearings and conferences on common issues and, to the extent issues unique to individual cases arise, coordinate the argument delivered by other Plaintiffs' counsel in addressing those issues;

7. Coordinate communications between all counsel for Plaintiffs and counsel for Defendants with respect to matters addressed in this paragraph;

8. Along with the Steering Committee, allocate any fees and reimbursement of expenses allowed in the case amongst Plaintiffs' counsel.

9. Ensure that all orders, pleadings, and papers filed with or issued by the Court are transmitted to all Plaintiffs' counsel in an efficient and timely manner, using e-mail whenever possible;

10. Maintain and distribute to co-counsel and to Defendants' counsel an up-to-date service list;

11. Advise the Plaintiffs' Steering Committee and Plaintiffs' counsel of Local Rules;

1. <u>Steering Committee</u>: Plaintiffs' Steering Committee shall consist of:

| **Wiggins, Childs, Quinn & Pantazis LLC**<br>Greg Wiggins<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203<br>Telephone: (205) 314-0500<br>Fax: (205) 254-1500 | **Barkan Neff Handelman Meizlish, LLP**<br>Robert E. DeRose<br>360 South Grant Ave.<br>Columbus, OH 43216<br>Telephone: (614) 221-4221<br>Fax: (614) 744-2300 |
|---|---|
| **The Winebrake Law Firm**<br>Peter D. Winebrake<br>Twinning Office Center, Suite 114<br>Dresher, PA 19025<br>Telephone: (215) 884-2491<br>Fax: (215) 884-2492 | **Barrett, Johnston & Parsley**<br>Jerry E. Martin, Esq.<br>217 Second Avenue North<br>Nashville, TN 37201<br>Telephone: (615) 244-2202<br>Fax: (615) 252-3798 |

Plaintiffs' Steering Committee, in consultation with Lead Counsel, shall be responsible for:

12. Consult with Lead Counsel on conduct of all cases in making decisions to bind the Plaintiffs;

13. Determine the position(s) of Plaintiffs on matters arising during these pretrial proceedings;

14. Conduct pre-trial discovery on behalf of Plaintiffs in all actions, with the assistance of other Plaintiffs' counsel as requested;

15. Prepare briefs and present oral argument on motions on behalf of Plaintiffs in all actions;

16. Allocate any fees and reimbursement of expenses allowed in the case amongst Plaintiffs' counsel;

17. Perform other duties as designated by Lead Counsel or authorized by order of the Court.

The organizational structure of Plaintiffs' counsel shall apply to Plaintiffs' counsel in the 14 member actions and any future actions that become part of this multi-district litigation after the entry of this Order.

Lead-Counsel, Robert DeRose and his firm, Barkan Neff Handelman Meizlish, LLP will organize and maintain the consolidated time and expense records of all participating Plaintiffs' attorneys and will periodically submit summaries to the Court and Defendants. Those records shall reflect the date the legal service is rendered, the nature of the service rendered, and the number of hours expended, recorded in quarter-hour increments.

**IT IS SO ORDERED**

Signed: June 30, 2008

Graham C. Mullen
United States District Judge