IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| IN RE FAMILY DOLLAR FLSA | ) | |
|---|---|---|
| LITIGATION | ) | ORDER |
| | ) | |
| _____ | ) | |

      This matter is before the court upon a telephone conference conducted with the parties on September 9, 2008 regarding the location of depositions of certain Plaintiffs. Based upon discussions during the conference, Plaintiffs to be deposed shall be deposed in regional groupings in the cities agreed upon by the parties. However, the court finds that Plaintiffs Avirett, Itterly, McCarty, and Moody would be unduly burdened if required to travel to the regional centers. Accordingly, these four Plaintiffs should be deposed in Denver, Philadelphia, Dallas and Orlando, respectively. Furthermore, the parties are directed to report to the court by October 17th as to whether they have been able to agree upon a mediator. If the parties are unable to agree, each side should submit a list of possible mediators to the court whereupon the court will appoint a mediator.

      IT IS SO ORDERED.

Signed: September 9, 2008

Graham C. Mullen
United States District Judge