**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

|  |  |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** <br><br> _____ <br><br> *Concerning all member cases.* | **MDL DOCKET NO: 3:08-MD-1932** <br> **Judge Graham C. Mullen** |

## ORDER

This matter is before the Court on the Parties' report of a dispute that arose during the meet and confer process concerning potentially relevant electronically stored information ("ESI"). Specifically, the Parties dispute the appropriate scope of Plaintiffs' ESI 30(b)(6) depositions of Family Dollar's witnesses. The Court, having considered the Parties' positions regarding this issue, hereby orders that the scope of such depositions shall be limited as follows:

1. Family Dollar's 30(b)(6) designees will testify about the following systems: Oracle, Corporate E-Mail, Store-Level E-Mail, File Share, Plateau, Angel.com, Unicru, Magic, Wazugua, TLogs and Sales Audit Database, and Portal System, and will also testify regarding the technological and practical burdens and challenges presented by imaging laptops.

2. Family Dollar's designees will testify about the nature of the information contained in the systems at issue, how these various systems have been used at Family Dollar and how such data is retrieved in the ordinary course of business at Family Dollar. The individual(s) designated to testify will respond to questions regarding what "can be retrieved" and the cost of doing so, but only to the extent that such individuals are able to do so without independent research. The temporal scope of such inquiries shall be from May 2001 to the present.

IT IS SO ORDERED.                    Signed: March 4, 2009

Graham C. Mullen
United States District Judge