# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**3:08MD1932-MU**

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | **ORDER** |

This matter is before the Court on "Plaintiffs' Motion to Modify Initial Scheduling Order" filed October 7, 2008 (Doc. No. 85); "Defendants' Response to Plaintiffs' Motion to Modify Initial Scheduling Order" filed October 22, 2008 (Doc. No. 90); and Plaintiffs' "Reply Memorandum in Support of Plaintiffs' Motion to Modify Initial Scheduling Order" filed March 10, 2009 (Doc. No. 110).

Plaintiffs' request that paragraph 19 of the Initial Scheduling Order (Doc. No. 66) which addresses Electronic Stored Information be modified to impose a duty on Defendants' to retain employment documents for all store managers in Ohio and Pennsylvania. The current version of paragraph 19, which the Court notes, was agreed upon by both the Plaintiffs and the Defendants imposes a duty upon the Defendants to maintain, to the extent feasible, documents specified for all named Plaintiffs, Plaintiffs who intervene, and putative Opt-In Plaintiffs (who have filed, or do file,

Opt-In forms). The Court appreciates that the parties were able to agree upon this language, however, the Court declines Plaintiffs' request to modify such language.

**IT IS, THEREFORE ORDERED** that: Plaintiffs' Motion to Modify Initial Scheduling is denied.

**SO ORDERED**.

Signed: March 16, 2009

Graham C. Mullen
United States District Judge