# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:08 MD 1932

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION, | ) |
| | ) |
| | ) |
| | ) |
| _____ | |
| | )        **ORDER** |
| *Concerning Grace v. Family Dollar Stores, Inc.* | ) |
| *3:06cv306; Ward v. Family Dollar Stores, Inc., No.* | ) |
| *3:06cv441* | ) |
| _____ | ) |

     **THIS MATTER** is before the court on Defendant's Motion for Summary Judgment as to Plaintiff Jimmy Earl Gilbert (Doc. No. 143.) Plaintiff Jimmy Earl Gilbert was dismissed from this action by Stipulation of Dismissal filed with the Court on June 30, 2009 (Doc. No. 157). Therefore, Defendant's Motion for Summary Judgment with respect to Plaintiff Jimmy Earl Gilbert is **DENIED** as moot.

     **SO ORDERED.**

                                        Signed: July 10, 2009

                                        Graham C. Mullen
                                        United States District Judge