# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08 MD 1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION,** ) ) ) ) ) *Concerning Grace v. Family Dollar Stores, Inc.* ) 3:06cv306; *Ward v. Family Dollar Stores, Inc., No.* ) 3:06cv441 ) ) | **ORDER** |

**THIS MATTER** is before the court on "Plaintiff's (Iva Tate) Motion to Remove/Restrict Exhibit "B" to her Declaration Filed with her Opposition to Defendant's Motion for Summary Judgment Filed with the Court on July 9, 2009 (Doc. # 173) and to Place the Attached Exhibit "B" Under Seal" (Doc. No. 181) filed July 14, 2009. Defendant has informed the Court that it has no opposition to Plaintiff's Motion.

Therefore, Plaintiff Iva Tate's Motion is GRANTED and the Clerk is directed to:

1) Remove from the file Plaintiff Iva Tate's Exhibit B filed on July 9, 2009 as part of Doc. No. 173 (only 173-4); and

2) File Doc. No. 181 as Plaintiff's Exhibit B in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 146) referencing such exhibit back to Plaintiff's Opposition (Doc. No. 173) filed on July 9, 2009;

3) Doc. No. 181 shall be filed UNDER SEAL.

**SO ORDERED.**

Signed: July 15, 2009

Graham C. Mullen
United States District Judge