IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | ) ) ) |

This matter is before the court upon Defendant's Motion for Entry of Protective Order Related to Certain Witnesses and Request for Expedited Briefing, filed July 21, 2009. Plaintiffs are directed to file a response to this motion no later than noon on Friday, July 24. Defendant may then file a reply no later than noon on Monday, July 27.

IT IS SO ORDERED.

Signed: July 22, 2009

Graham C. Mullen
United States District Judge