IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08 MD 1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION,** | )<br>)<br>)<br>) |

**THIS MATTER** is before the court on the Court's own motion. The Court received a letter from the Defendant on July 23, 2009 informing the Court of deficiencies in Plaintiffs' discovery responses. While this Court has indicated that it prefers to address routine discovery matters informally, if parties are seeking relief such as sanctions, dismissal or other drastic remedies, a motion must be filed. Therefore, the Court will not consider Defendant's July 23, 2009 letter.

**SO ORDERED.**

Signed: July 27, 2009

Graham C. Mullen
United States District Judge