IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**IN RE FAMILY DOLLAR FLSA LITIGATION**

**MDL DOCKET NO: 3:08-MD-1932**
**Judge Graham C. Mullen**

*Concerning Grace v. Family Dollar Stores, Inc.*, No. 3:06cv-306; *Ward v. Family Dollar Stores, Inc.*, No. 3:06-cv-441

## AGREED ORDER

This matter coming before the Court on a Joint Letter to the Court submitted by the parties on June 16, 2009, it is hereby ordered that paragraph 12 of the current scheduling order (Dkt. No. 107) shall be modified to allow an extension of expert discovery deadlines in the Grace and Ward cases as follows: November 16, 2009 for Plaintiffs' expert report; December 16, 2009 for Defendants' expert report; and January 16, 2010 to complete expert depositions. This will not affect dispositive motions, which shall be briefed as scheduled.

**SO ORDERED.**

Signed: July 27, 2009

Graham C. Mullen
United States District Judge