IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | **ORDER** |

This matter is before the Court on Plaintiffs' Motion for Stay or Extension of Briefing Deadlines (Doc. No. 193). Plaintiff requests that this Court stay or extend the briefing schedule on the motion for summary judgment until seven (7) days after the Court enters an Order regarding Plaintiff's Tammy Asher's Rule 56(f) motion.

Plaintiff's motion (Doc. No. 193) is granted. To the extent that Plaintiff has not already filed a response to Defendant's Motion for Summary Judgment with respect to Tammy Asher, Plaintiff may file such response within seven (7) days of this Court's July 27, 2009 Order denying Plaintiff Asher's Rule 56(f) motion.

**SO ORDERED**.

Signed: July 28, 2009

Graham C. Mullen
United States District Judge