# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** _____ *Concerning all member cases* | **ORDER** |

This matter is before the Court on Plaintiffs' Stipulation to add Khorrami Pollard & Abir to Plaintiffs' Steering Committee (Doc. No. 198).

By Order dated July 1, 2008 (doc. No. 59) this Court provided for an organizational structure of Plaintiffs' counsel appointing Gregg Wiggins of Wiggins, Childs, Quinn & Pantazis LLC and Robert DeRose of Barkan Neff Handelman Meizlish, LLP as lead counsel. The Court also named a steering committee which included Mr. Wiggins, Mr. DeRose and Mr. Peter Winebrake of The Winebrake Law Firm and Mr. Jerry Martin of Barrett, Johnston & Parsley. By way of the instant request, the members of the Plaintiffs' Steering Committee ask that this Court amend the Court's July 1, 2008 Order to add Khorrami Pollard & Abir as members of the Plaintiffs' Steering Committee.

For the reasons stated in Plaintiffs' Stipulation, the Court Orders that the July 1, 2008 Order is amended to reflect that Khorrami Pollard & Abir are added to the Plaintiffs's Steering Committee.

1

**SO ORDERED**.

Signed: August 4, 2009

Graham C. Mullen
United States District Judge