IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** _____ *Concerning Grace v. Family Dollar Stores, Inc., and Ward v. Family Dollar Stores, Inc.* | **ORDER** |

This matter is before the Court on the "Stipulation" of Dismissal with respect to Sandra Rhinehart filed by Plaintiff's counsel, Mr. Gregory O. Wiggins on July 31, 2009. (Doc. No. 254). The document filed is not a stipulation of dismissal as Defendant's counsel has not signed the document. Indeed, Defendant's counsel filed an objection to the stipulation (Doc. No. 255.) Because the document filed is not a proper stipulation of dismissal, the Court will not consider the document and Ms. Rhinehart shall remain a Plaintiff in this lawsuit.

**IT IS, THEREFORE ORDERED** that the document captioned "Stipulation of Dismissal – Sandra Rhinehart" (Doc. No. 254) will not be further considered by the Court as it is not a proper stipulation of dismissal. Ms. Rhinehart remains a Plaintiff in this litigation.

**SO ORDERED**.

Signed: August 4, 2009

Graham C. Mullen
United States District Judge

**SO ORDERED**.