# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08 MD 1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION,** | ) ) ) ) |

**THIS MATTER** is before the court on the Defendant's Motion for Entry of Protective and Request for Expedited Briefing (Doc. No. 269). Defendant's Request for Expedited Briefing (contained within Doc. No. 269) is Granted. Plaintiffs SHALL file a response to Defendant's Motion on or before August 7, 2009 at noon. Defendant may file a reply on or before August 11, 2009 at noon.

**SO ORDERED.**

Signed: August 4, 2009

Graham C. Mullen
United States District Judge