IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** <br><br> _____ <br><br> Concerning Luanna Scott case | **ORDER** |

This matter is before the Court on Plaintiff's Unopposed Motion for Dismissal of Claims of Henry Cole filed April 1, 2010 (Doc. No. 523.) Mr. Cole filed his Notice of Filing Consent to Become Plaintiff on March 22, 2010. The instant motion seeks dismissal of Plaintiff Henry Cole as Mr. Cole was not employed with Family Dollar Stores, Inc. as a store manager during his tenure with the company; therefore, he cannot be a party plaintiff to this lawsuit. Plaintiff has established good cause for the instant motion and therefore it will be granted.

**IT IS, THEREFORE ORDERED** that Plaintiff's "Unopposed Motion for Dismissal of Claims of Henry Cole" (Doc. No. 523) is **GRANTED**:

**SO ORDERED**.

Signed: April 12, 2010

Graham C. Mullen
United States District Judge