IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | ) ) ) ) |
| Concerning all member cases | ) ) ) ) ) |

**THIS MATTER** is before the Court on the Court's own motion. The Court will hold a status conference on May 17, 2011 at 2:00 p.m. in courtroom number 3 at the United States Courthouse in Charlotte, North Carolina, to discuss the implications of the published opinion by the Fourth Circuit Court of Appeals in this matter. <u>In Re: Family Dollar FLSA Litigation</u>, __ F.3d __, 2011 WL 989558 (4th Cir. March 22, 2011). The Court anticipates lifting the stay, previously imposed in this case, (doc. no. 288), at that time. Lead counsel and counsel for Family Dollar shall attend. Other counsel are welcome, but not required, to attend.

      **SO ORDERED**.

Signed: April 12, 2011

Graham C. Mullen
United States District Judge