IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | ) ) ) ) |
| Concerning all member cases | ) ) ) ) ) |

**THIS MATTER** is before the Court on the Court's own motion. The stay, previously imposed in this case, (doc. no. 288), will be lifted thirty (30) days from the date of this Order. Counsel shall work together to prepare a stipulated scheduling Order setting forth the time period within which the remaining discovery will be completed and shall forward such stipulated Order to the Court within thirty days for signature

The Clerk is directed to lift the stay in this matter thirty days from the date of this Order.

**SO ORDERED**.

Signed: May 17, 2011

Graham C. Mullen
United States District Judge