IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | )<br>)<br>)<br>) |
| Concerning all member cases | )<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the Joint Submission Regarding Scheduling. (Doc. No. 575). The Court has considered the submission and concludes that discovery shall proceed as outlined in the Joint Submission.

IT IS THEREFORE ORDERED that:

(1) The stay previously imposed in this case was lifted by the Court on July 22, 2011;

(2) Discovery shall proceed as outlined in the Joint Submission filed on July 22, 2011 (Doc. No. 575);

(3) The Court will set the case for status conference in mid August. Plaintiffs' counsel shall be prepared to discuss their specific plan to seek transfer or remand of the § 1404 and § 1407 cases.

**SO ORDERED**.

Signed: July 26, 2011

Graham C. Mullen
United States District Judge