# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In Re:

**Family Dollar Stores, Inc., Wage and Hour Employment Practices Litigation**

JUDGMENT IN A CIVIL CASE
AS TO TANYA WARREN-THOMAS

3:08-md-1932
(3:06-cv-306)

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2011 Order.

Signed: July 29, 2011

Frank G. Johns, Clerk
United States District Court