IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | ) ) ) ) |
| Concerning all member cases | ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Court's own motion. The Court will hold a status conference on August 25, 2011 at 10:00 a.m. in courtroom number 3 at the United States Courthouse in Charlotte, North Carolina, to discuss the Plaintiffs' Report Concerning Anticipated Motions to Amend Various Complaints and Anticipated Requests to Leave the MDL (Doc. No. 573). Lead counsel and counsel for Family Dollar shall attend. Other counsel are encouraged to attend particularly if counsel is considering filing a motion seeking transfer or remand.

**SO ORDERED**.

Signed: July 29, 2011

Graham C. Mullen
United States District Judge