# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08MD1932-MU

**IN RE FAMILY DOLLAR FLSA LITIGATION**

Concerning Luanna Scott case

**ORDER**

This matter is before the Court on Plaintiff's "Motion to Dismiss Claims of Opt-In Plaintiff Annette Gutierrez" filed August 9, 2011 (Doc. No. 587.) Ms. Gutierrez has notified her counsel that she no longer wishes to pursue her claims in this case. Counsel for Family Dollar does not oppose this motion.

**IT IS, THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Dismiss (Doc. No. 587) is **GRANTED.** Plaintiff's claims against Family Dollar are dismissed with prejudice, with each party to bear its own fees and costs;

(2) The Court finds that there is no just reason to delay entry of final judgment for Family Dollar with respect to Plaintiff Annette Gutierrez's claims against Family Dollar;

(3) The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with respect to Plaintiff Annette Gutierrez.

**SO ORDERED**.

Signed: August 10, 2011

Graham C. Mullen
United States District Judge