# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In Re:
**Family Dollar Stores, Inc., Wage and Hour Employment Practices Litigation**

JUDGMENT IN A CIVIL CASE
AS TO ANNETTE GUTIERREZ

3:08-md-1932

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2011 Order.

Signed: August 10, 2011

Frank G. Johns, Clerk
United States District Court