# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Irene Grace,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08md1932/3:06cv306

Family Dollar Stores,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/11/2011 Order.

                                  Signed: August 11, 2011

Frank G. Johns, Clerk
United States District Court