# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08MD1932-MU

**IN RE FAMILY DOLLAR FLSA LITIGATION**

Concerning Terry Jackson case

**ORDER**

This matter is before the Court on Plaintiff's "Unopposed Motion to Dismiss Claims of Opt-In Plaintiffs Allison Torres and Ramon Torres" filed August 12, 2011 (Doc. No. 596.) Plaintiffs Allison Torres and Ramon Torres have notified counsel that they no longer wish to pursue their claims in this case. Counsel for Family Dollar does not oppose this motion.

**IT IS, THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Dismiss (Doc. No. 596) is **GRANTED.** Plaintiffs' claims against Family Dollar are dismissed with prejudice, with each party to bear its own fees and costs;

(2) The Court finds that there is no just reason to delay entry of final judgment for Family Dollar with respect to Plaintiffs Allison Torres and Ramon Torres' claims against Family Dollar;

(3) The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with respect to Plaintiffs Allison Torres and Ramon Torres.

**SO ORDERED.**

Signed: August 15, 2011

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge