# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation
Terry Jackson Case

JUDGMENT IN A CIVIL CASE

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2011 Order in favor of Family Dollar with respect to Plaintiffs Allison Torres and Ramon Torres' claims .

Signed: August 15, 2011

Frank G. Johns, Clerk
United States District Court