# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation
Concerning Fowler v. Family Dollar Stores

JUDGMENT IN A CIVIL CASE

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2011 Order in favor of Family Dollar with respect to Plaintiff Sandra Dalton's claims .

Signed: August 15, 2011

Frank G. Johns, Clerk
United States District Court