# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08MD1932-MU

**IN RE FAMILY DOLLAR FLSA LITIGATION**

Concerning Friedman v. Family Dollar Stores and McCarthy v. Family Dollar

**ORDER**

This matter is before the Court on the parties Stipulation Transferring Opt-In Plaintiff Gary Peters into McCarthy Case, filed August 23, 2011. (Doc. No. 619). The parties agree that Opt-In Plaintiff Gary Peters should be transferred into the McCarthy case. Mr. Peters consents to be represented by Plaintiffs' counsel for the McCarthy Plaintiffs.

**IT IS, THEREFORE ORDERED** that Opt-In Plaintiff Gary Peters shall be transferred from the Friedman case to the McCarthy case and shall be deemed to have joined the McCarthy action on September 26, 2010, the date that he filed his consent form in the Friedman case.

**SO ORDERED**.

Signed: August 24, 2011

Graham C. Mullen
United States District Judge