IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | ) ) ) ) ) |
| Concerning *Grace v. Family Dollar Stores, Inc.,* No. 3:06cv306; *Ward v. Family Dollar Stores, Inc.*, No. 3:06cv441; *Fowler v. Family Dollar Stores, Inc.,* No. 3:07cv316; *Avirett v. Family Dollar Stores Inc.*, No. 2:08cv1937; *and Scott v. Family Dollar Stores Inc.*, 3:08cv110 | ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court on its own Motion. This Court has dismissed various Plaintiffs, Intervenors and Opt-In Plaintiff for different reasons as summarized in this Order. The Court will now enter final judgment with respect to those parties finding there is no just reason to delay entry of final judgment.

On June 19, 2009, this Court granted Defendant's Motion for Summary Judgment and dismissed Plaintiffs Irish Johnson Houston, Sandra Roper, Kevin Jones, Andrew Avirett and Mary Lou DeFoor. (Doc. No. 145).

On July 2, 2009, this Court dismissed Plaintiffs Traci Davis, Doris Ness, John Widdicombe, Deborah Hales, Brenda Rowland, Linda Herring, Cynthia McVeigh, Augusta Ayers, Raheem Wilder, and Crestlie Bauman based on their lack of interest in pursuing this litigation. (Doc. No. 160).

On July 10, 2009, this Court dismissed Plaintiffs Melvin Cathey, Mark Clark, Sharron Daugherty, John Gertken, Dusty Hylton, LaSandra Rose, Howard Farmer, Jimmy Ray Guinn,

1

Timothy Hill, and Dorothy Hudson Meadows for discovery violations. (Doc. No. 175).

On August 14, 2009 this Court granted Plaintiffs' Motion to Dismiss Intervenors Barbara Brown and Erica Lewis. (Doc. No. 294).

On August 25, 2009 this Court dismissed Plaintiff Austin Mudenda for failure to comply with the Court's discovery Order. (Doc. No. 301).

On August 25, 2009 this Court dismissed Intervenor Marcella SanGiorgio for failure to appeal at her deposition. (Doc. No. 303).

On November 12, 2009 this Court dismissed Intervenor Susan Brown for failure to participate in discovery. (Doc. No. 501).

On April 12, 2010, the Court granted Plaintiff's Unopposed Motion for dismissal of Opt-In Plaintiff Henry Cole. (Doc. No. 528).

The Court finds that there is no just reason to delay finding of final judgment for Family Dollar with regarding to the claims of the parties listed in this order against Family Dollar. The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with regard to the parties listed in this Order.

**SO ORDERED**.

Signed: August 31, 2011

Graham C. Mullen
United States District Judge