# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Grace v. Family Dollar Stores, Inc.,* No. 3:06cv306;
*Ward v. Family Dollar Stores, Inc.*, No. 3:06cv441;
*Fowler v. Family Dollar Stores, Inc.,* No. 3:07cv316;
*Avirett v. Family Dollar Stores Inc.*, No. 2:08cv1937;
and *Scott v. Family Dollar Stores Inc.*, 3:08cv110

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2011 Order in favor of Family Dollar with respect to Plaintiff Irish Johnson Houston, Sandra Roper, Kevin Jones, Andrew Avirett, Mary Lou DeFoor, Traci Davis, Doris Ness, John Widdicombe, Deborah Hales, Brenda Rowland, Linda Herring, Cynthia McVeigh, Augusta Ayers, Raheem Wilder, Crestlie Bauman, Melvin Cathey, Mark Clark, Sharron Daugherty, John Gertken, Dusty Hylton, LaSandra Rose, Howard Farmer, Jimmy Ray Guinn, Timothy Hill, Dorothy Hudson, Barbara Brown, Erica Lewis, Austin Mudenda, Marcella SanGiorgio, Susan Brown, and Henry Cole's claims.

Signed: September 1, 2011

Frank G. Johns, Clerk
United States District Court