IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** <br><br> _____ <br><br> Concerning Itterly v. Family Dollar Stores, Inc. and Family Dollar Stores of Pennsylvania, Inc. | **ORDER** |

This matter is before the Court on the parties "Joint Motion for Dismissal" filed September 6, 2011 (Doc. No. 632.) The parties agree that all of the claims of Opt-In Patricia LaChoppa should be dismissed with prejudice. This dismissal includes all state and federal class, collective and individual claims for overtime pay that could have been resolved in this action. The parties agree to this dismissal pursuant to Rule 41(a)(1)(ii) with each party to bear its own fees and costs.

**IT IS, THEREFORE ORDERED** that:

(1) The parties "Joint Motion for Dismissal" (Doc. No. 632) is **GRANTED.** Opt-In Patricia LaChoppa's claims are dismissed with prejudice.

(2) The Court finds that there is no just reason to delay entry of final judgment for Family Dollar with respect to Opt-In Plaintiff Patricia LaChoppa's claims against Family Dollar;

(3) The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with respect to Opt-In Plaintiff Patricia LaChoppa.

**SO ORDERED.**

Signed: September 9, 2011

Graham C. Mullen
United States District Judge