IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

IN RE FAMILY DOLLAR FLSA
LITIGATION

Concerning Itterly v. Family Dollar Stores, Inc. and Family Dollar Stores of Pennsylvania, Inc.

ORDER

This matter is before the Court on the parties "Joint Motion for Dismissal" filed September 16, 2011 (Doc. No. 637.) The parties agree that all of the claims of Opt-In Plaintiff Kathleen Christ should be dismissed with prejudice. This dismissal includes all state and federal class, collective and individual claims for overtime pay that could have been resolved in this action. The parties agree to this dismissal pursuant to Rule 41(a)(1)(ii) with each party to bear its own fees and costs.

**IT IS, THEREFORE ORDERED** that:

(1) The parties "Joint Motion for Dismissal" (Doc. No. 637) is **GRANTED.** Opt-In Plaintiff, Kathleen Christ's, claims are dismissed with prejudice;

(2) The Court finds that there is no just reason to delay entry of final judgment for Family Dollar with respect to Opt-In Plaintiff Kathleen Christ's claims against Family Dollar;

(3) The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with respect to Opt-In Plaintiff Kathleen Christ.

**SO ORDERED.**

Signed: September 19, 2011

Graham C. Mullen
United States District Judge