IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

**IN RE FAMILY DOLLAR FLSA LITIGATION**

Concerning Itterly v. Family Dollar Stores, Inc.

**ORDER**

This matter is before the Court on Vicki Shaw's Motion to Intervene, (Doc. No. 638) and Diane Jorgensen's Motion to Intervene. (Doc. No. 639). Both motions are unopposed. The parties agree Vicki Shaw and Diane Jorgensen should be permitted to intervene in this action.

**IT IS, THEREFORE ORDERED** that:

(1) The motions to intervene are GRANTED (Doc. Nos. 638 and 639);

(2) Vicki Shaw and Diane Jorgensen may intervene in the action entitled Itterly v. Family Dollar Stores, Inc., 3:08cv1936.

**SO ORDERED.**

Signed: September 19, 2011

Graham C. Mullen
United States District Judge