FILED
CHARLOTTE, NC
SEP 27 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: FAMILY DOLLAR STORES, INC., FLSA LITIGATION | MDL DOCKET NO: 3:08-MD-01932<br>Judge Graham C. Mullen |
| *Concerning Sheri Toms, et al. v. Family Dollar Stores, Inc., et al.* No. 3:07-cv-1277 | |

### STIPULATION AND ORDER

It is hereby STIPULATED and AGREED, by and between the undersigned, as follows:

1. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Complaint in this action is amended, such that originating Plaintiff Sheri Toms' collective action allegations (§216(b)) under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* are **DISMISSED WITH PREJUDICE**, with each party bearing their own fees and costs, and, going forward, this action shall be limited to Plaintiff Sheri Toms' individual claims arising under the FLSA.

2. Defendant's entry into this Stipulation and [Proposed] Order shall not be construed as a waiver of its opposition to any request by Plaintiff that this action be remanded to the Western District of North Carolina, Charlotte Division pursuant to JPML Rule 10.1 and/or in the alternative transfer to the Middle District of Tennessee.

**AGREED**, this 26th day of September, 2011:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| s/ David W. Garrison | s/ Amy S. Ramsey |
| David W. Garrison | Amy S. Ramsey |
| BARRETT JOHNSTON, LLC | LITTLER MENDELSON, P.C. |
| 217 Second Ave. North | 200 North LaSalle Street, Ste. 2900 |
| Nashville, TN 37201 | Chicago, IL 60601 |
| Phone: 615-244-2202 | Phone: 312-795-3207 |
| dgarrison@barrettjohnston.com | aramsey@littler.com |

SO ORDERED, this 27th day of September, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE