# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Ward v. Family Dollar Stores, Inc.,* No. 3:06cv441

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 14, 2011 Order with respect to Intervenor Plaintiff Sally Villanueva's claims.

Signed: October 14, 2011

Frank G. Johns, Clerk
United States District Court