# United States District Court
# For The Western District of North Carolina
# Charlotte Division

3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Scott v. Family Dollar Stores, Inc.,* No. 3:08cv110 and
*Slater v. Family Dollar Stores, Inc.,* No. 3:07cv501

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 14, 2011 Order with respect to Plaintiff LaShanda Slater and Carol Martinson's claims.

Signed: October 14, 2011

_____
Frank G. Johns, Clerk
United States District Court