# United States District Court
## For The Western District of North Carolina
## Charlotte Division
3:08MD1932


In Re: MDL Family Dollar FLSA Litigation

Concerning *Fowler v. Family Dollar Stores, Inc.,* No. 3:07cv316


## JUDGMENT IN A CIVIL CASE


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2011 Order with respect to Opt-In Plaintiff Bethany Jordan (Marino) and Opt-In Plaintiff Curtis Whittie's claims.


Signed: October 18, 2011

Frank G. Johns, Clerk
United States District Court