IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | ) ) ) ) ) |
| Concerning all member cases | ) ) ) ) ) |

**THIS MATTER** is before the Court in response to a conference call held on October 18, 2011 between the Courts's Law Clerk and counsel for Family Dollar [1] as well as Plaintiffs' counsel, Mr. Gregory Wiggins.

IT IS ORDERED that:

(1) The discovery cutoff is extended to January 31, 2012;

(2) Plaintiffs' counsel, Mr. Wiggins, is directed to send a certified letter to each Plaintiff that he has been unable to locate in an effort to determine if they are interested in remaining in this case. To the extent that counsel is unable to confirm a Plaintiffs continued interest in remaining in this case through a certified letter, Mr. Wiggins shall dispatch a private investigator to locate any remaining Plaintiffs to determine their interest in remaining in this case;

(3) On or before November 15, 2011, Mr. Wiggins shall provide both the Court and counsel for Family Dollar, Mr. John Ybarra, a letter indicating what progress he has

---

[1] Mr. Jerry Walters and Mr. John Ybarra were on the conference call for Family Dollar.

made in locating the Plaintiffs;

(4) The 17 depositions as to the Mississippi and Alabama Plaintiffs shall go forward during the first two weeks in December, 2011;

(5) Family Dollar's counsel may notice the 19 depositions as to the Plaintiffs that counsel has been unable to locate, for January 2012. All discovery shall be completed by the January 31, 2012 discovery cutoff.

**SO ORDERED**.

Signed: October 18, 2011

Graham C. Mullen
United States District Judge