# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In re: Family Dollar

JUDGMENT IN A CIVIL CASE

3:08md1932

Concerning Itterly v. Family Dollar,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2011 Order regarding the dismissal of Opt-In Plaintiffs Diane Jorgensen and Vicki Shaw.

Signed: October 26, 2011

Frank G. Johns, Clerk
United States District Court