# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | |
| Concerning Blake v. Family Dollar Stores, Inc., and Fowler v. Family Dollar Stores, Inc. | **ORDER** |

This matter is before the Court on Cheryl Geltz and Kim Walter's Motion to Intervene, (Doc. No. 696) and Kay Wenning and Larry Wilson's Motion to Intervene. (Doc. No. 697). Both motions are unopposed. The parties agree that Cheryl Geltz and Kim Walter should be permitted to intervene in the Blake matter and that Kay Wenning and Larry Wilson should be permitted to intervene in the Fowler matter.

**IT IS, THEREFORE ORDERED** that:

(1) The motions to intervene are GRANTED (Doc. Nos. 696 and 697);

(2) Cheryl Geltz and Kim Walter may intervene in the action entitled Blake v. Family Dollar Stores, Inc., and Kay Wenning and Larry Wilson may intervene in the action entitled Fowler v. Family Dollar Stores, Inc.

1

**SO ORDERED.**

Signed: November 7, 2011

Graham C. Mullen
United States District Judge