# United States District Court
# For The Western District of North Carolina
# Charlotte Division
## 3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Colon v. Family Dollar Stores, Inc.,* No. 3:09cv1945

### JUDGMENT IN A CIVIL CASE

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 13, 2011 Order with respect to Plaintiff Alice Colon's claims.

Signed: December 13, 2011

Frank G. Johns, Clerk
United States District Court