# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Scott v. Family Dollar Stores, Inc.,* No. 3:08-cv-110

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2012 Order in favor of Family Dollar with respect to Opt-In Plaintiff Shunderia Garlington's claims.

Signed: January 12, 2012

Frank G. Johns, Clerk
United States District Court