IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

**IN RE FAMILY DOLLAR FLSA LITIGATION**

Concerning Scott v. Family Dollar Stores

ORDER

This matter is before the Court on the parties Joint Motion for Dismissal of Plaintiff Linda Wurst, filed January 18, 2012 (Doc. No. 762). The parties have agreed to this dismissal, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear their own costs.

**IT IS, THEREFORE ORDERED** that:

(1) The Joint Motion for Dismissal as to Plaintiff Linda Wurst (Doc. No. 762) is **GRANTED.** Plaintiff's claims against Family Dollar are dismissed with prejudice, with each party to bear its own fees and costs;

(2) The Court finds that there is no just reason to delay entry of final judgment for Family Dollar with respect to Plaintiff Linda Wurst's claims against Family Dollar;

(3) The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with respect to Plaintiff Linda Wurst.

1

**SO ORDERED**.

Signed: January 23, 2012

Graham C. Mullen
United States District Judge