# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Scott v. Family Dollar Stores, Inc.,* No. 3:08-cv-110

### JUDGMENT IN A CIVIL CASE

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2012 Order with respect to Plaintiff Linda Wurst's claims.

Signed: January 23, 2012

Frank G. Johns, Clerk
United States District Court