IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | |
| Concerning all Member Cases | **ORDER** |

This matter is before the Court on Defendant's Motion to Terminate Tolling Agreement Pertaining to Collective Action Claims Under 29 U.S.C. § 216(B) (Doc. No. 715). The Court notes that the time for Plaintiff to file a response to Defendant's Motion has expired and Plaintiffs have failed to file a response.[1] Therefore, for the reasons stated in Defendant's motion, the tolling agreement reflected in this Court's July 15, 2008 Order (Doc. No. 60) is now terminated.

**THEREFORE, IT IS ORDERED** that Defendant's Motion to Terminate Tolling Agreement Pertaining to Collective Action Claims Under 29 U.S.C. § 216(B) (Doc. No. 715) is GRANTED.

---

[1] The Court also notes that the deadline, which the parties agreed upon, for filing a motion for conditional certification has passed. (Doc. No. 575 at 3).

**SO ORDERED**.

Signed: January 27, 2012

Graham C. Mullen
United States District Judge