## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08MD1932-MU

|  |  |  |
|---|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | : : : : : : : : : : : : | **ORDER** |
| *Concerning Grace and Ward v. Family Dollar Stores, .* | | |

**THIS MATTER** is before the Court on the Court's own motion.  This motion relates to Defendant's outstanding Motions for Summary Judgment in the *Grace* and *Ward* cases.[1]

The Court has requested additional documentation in at least two motions for summary judgement.[2]  In both of these cases, the Court was without specific evidence, from Family Dollar's employment records, to determine the average number of hours Plaintiffs worked per week and Plaintiffs' salary per week during the relevant time period.   Family Dollar is now directed to review the remaining outstanding Motions for Summary Judgment and to the extent this evidence is lacking, Family Dollar shall supplement its remaining Motions for Summary Judgment and produce the records and/or declaration indicating the average number of hours Plaintiffs worked per week

---

[1]Echols (Doc. No. 148), Richardson (Doc. No. 194), Anderson (Doc. No. 334), Manos (Doc. No. 344), Ward (Doc. No. 346), Harson (Doc. No. 321), Atkins (Doc. No. 327), Fancher (Doc. No. 313), Tucker (Doc. No. 249), Phillips (Doc. No. 323), Jahateh (Doc. No. 352), Burnette (Doc. No. 339), Parker (Doc. No. 331), McCoy (Doc. No. 178), Tate (Doc. No. 146), Belford (Doc. No. 214), Blair (Doc. No. 259), Smith (Doc. No 350), Rowell (Doc. No. 203), Gilberti (Doc. No 333), Conway (Doc. No. 237), Little (Doc. No. 318), Davis (Doc. No. 341), Hargrove (Doc. No 398), Dearmon (Doc. No. 317), and Mitchell (Doc. No. 337).

[2] See Doc. Nos. 734 and 761.

1

and Plaintiffs' salary per week during the relevant time period no later than twenty (20) days from the date of this Order.

**SO ORDERED**.

Signed: January 27, 2012

Graham C. Mullen
United States District Judge