# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:08MD1932-MU

| | |
|---|---|
| **IN RE FAMILY DOLLAR FLSA LITIGATION** | |
| _____ | **ORDER** |
| Concerning Scott v. Family Dollar Stores | |

This matter is before the Court on the parties Joint Motion for Dismissal of Plaintiff Gwendolyn Blocker Spence, filed January 27, 2012. (Doc. No. 771). The parties have agreed to this dismissal, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear their own costs.

**IT IS, THEREFORE ORDERED** that:

(1) The Joint Motion for Dismissal as to Plaintiff Gwendolyn Blocker Spence (Doc. No. 771) is **GRANTED.** Plaintiff's claims against Family Dollar are dismissed with prejudice, with each party to bear its own fees and costs;

(2) The Court finds that there is no just reason to delay entry of final judgment for Family Dollar with respect to Plaintiff Gwendolyn Blocker Spence's claims against Family Dollar;

(3) The Clerk is directed to enter final judgment, pursuant to Rule 54(b), for Family Dollar with respect to Plaintiff Gwendolyn Blocker Spence.

1

**SO ORDERED**.

Signed: January 30, 2012

Graham C. Mullen
United States District Judge