# United States District Court
## For The Western District of North Carolina
## Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Grace v. Family Dollar Stores, Inc.,* No. 3:06cv306

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2012 Order in favor of Family Dollar with respect to Plaintiff Gwendolyn Sinns' claims.

Signed: February 3, 2012

Frank G. Johns, Clerk
United States District Court