# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Amanda Echols,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                3:08md1932

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2012 Order.

                                                  Signed: February 27, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court