# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Scott v. Family Dollar Stores, Inc.,* No. 3:08-cv-110;

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2012 Order in favor of Family Dollar with respect to Opt-In Plaintiffs Cindy Whaley, Jeffrey Richards, David Edwards, and Terrie Morelocks' claims.

Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court