IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08md1932

IN RE FAMILY DOLLAR            )
FSLA LITIGATION               )
                              )
_____)

     This matter is before the court upon request of the parties to stay this matter for 90 days

while they engage in mediation at the Fourth Circuit to seek a resolution of the pending appeals.

The Court therefore orders this matter stayed for 90 days.

     IT IS SO ORDERED.

                     Signed: March 5, 2012

                     Graham C. Mullen
                     United States District Judge