# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Iva Tate,

    Plaintiff(s),

vs.

Family Dollar Stores, Inc.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-md-1932

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2012 Order.

Signed: July 31, 2012

Frank G. Johns, Clerk
United States District Court