# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alfred Blair,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            3:08-md-1932

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31. 2012 Order.

                                    Signed: July 31, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court