# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phillis Fancher,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:08md1932
                                                3:06cv306

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2012 Order.

                                                    Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court