# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Betty Dearmon,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                               3:08md1932
                                                   3:06cv306

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2012 Order.

                                              Signed: August 6, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court