# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arlene Atkins,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             3:08md1932
                                                    3:06cv306

Family Dollar Stores, Inc.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2012 Order.

                                                  Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court