# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shawn Eric Ward,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                             3:08MD1932

Family Dollar Stores Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/21/2012 Order dismissing Plaintiff Dorothy Harson's claims against Family Dollar, Inc.

Signed: August 21, 2012

Frank G. Johns, Clerk
United States District Court