IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-MD-1932-GCM

| | |
|---|---|
| IRENE GRACE, *et al*, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| FAMILY DOLLAR STORES, *et al*, | ) |
|     Defendants. | ) |

THIS MATTER IS BEFORE THE COURT on its own motion. The Status Conference regarding all non-Grace/Ward cases will be continued and will be re-scheduled at a later date consistent with the undersigned's recovery from eye surgery. Accordingly, IT IS ORDERED THAT the Status Conference set for October 18, 2012 is CANCELED.

IT IS SO ORDERED.

Signed: September 14, 2012

*/s/ Graham C. Mullen*
Title of Signing Officer
United States District Court