# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Irene Grace,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                            3:08MD1932

Family Dollar Stores, Inc,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2012 Order.

                                            Signed: October 30, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court