# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shawn Eric Ward,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                                      3:08MD1932

Family Dollar Stores, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2012 Order.

    Signed: October 30, 2012

Frank G. Johns, Clerk
United States District Court