# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Todd Hargrove,

   Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.               3:08md1932

Family Dollar,

   Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2012 Order.

              Signed: November 27, 2012

              Frank G. Johns, Clerk
              United States District Court