UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MDL DOCKET NO. 3:08-MD-1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR ) | |
| FSLA LITIGATION ) | |
| ) | **ORDER** |
| *Concerning all NON-Grace* ) | |
| *and Ward Cases* ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on Mr. Gregory Wiggins' Motion to Attend Status Conference Via Telephone [doc. #882]. This Court GRANTS Mr. Wiggins' request to appear telephonically based on his health. As lead counsel, Mr. Wiggins is the only plaintiffs' counsel required to participate in the status conference set for December 6, 2012. All other counsel representing plaintiffs may, but are not required to, attend the conference. However, such attendance shall be in person only. Upon conclusion of the conference, Mr. Wiggins is directed to provide updates and new information to all counsel representing plaintiffs.

IT IS SO ORDERED.  Signed: November 28, 2012

Graham C. Mullen
United States District Judge