IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-MU

| | | |
|---|---|---|
| IN RE FAMILY DOLLAR FLSA | ) | |
| LITIGATION | ) | ORDER |
| | ) | |
| _____ | ) | |

       This matter is before the court upon a status conference held on December 6, 2012. Pursuant to discussions with counsel at the conference,

       IT IS THEREFOR ORDERED that Defendant is directed to begin filing dispositive motions in January, 2013 in those cases in which discovery has been completed. Defendant shall file no more than three motions per month in those cases until all eighteen have been filed. Standard response time periods shall apply, unless the parties seek reasonable extensions.

       IT IS FURTHER ORDERED that the parties in the *Phillips*, *Samuel* and *Blomberg* cases are directed to confer and provide the court with a proposed discovery schedule within two weeks.

Signed: December 6, 2012

Graham C. Mullen
United States District Judge