UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | ) ) ) ) ) ) | MDL DOCKET NO: 3:08-MD-1932 Judge Graham C. Mullen |
| Concerning *Scott vs. Family Dollar Stores*, Case No. 3:08-cv-540, | ) ) ) | |

## ORDER

It is hereby ordered that Plaintiff James Kroeger's claims are hereby dismissed with prejudice, each party to bear its own costs and fees.

June 10, 2013.

*Graham C. Mullen*

Graham C. Mullen
US District Judge