IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | MDL DOCKET NO: 3:08-MD-1932<br>Judge Graham C. Mullen |
| *Concerning all member cases, 3:08-MD-1932* | |

## PROPOSED ORDER OF APPROVAL OF SETTLEMENT AND DISMISSAL OF CLAIMS OF PHILLIP MITCHELL WITH PREJUDICE

This matter is before the Court upon the Parties' request that the Court conduct an in camera review of and approve confidential Settlement Agreement and Releases for Christopher Anderson, Darrell Baker, Jewell Ray Belford, Sharon Bell, Alfred Blair, Ethel Braswell, Susan Brown, Nancy Burnette, Melvin Cathey, Mark Clark, Angela Cooper, Monica Dance, Sharron Daugherty, Catherine Dawson, Amanda Echols, Phyllis Fancher, Ike Garza, John Gersch, John Gertken, Jimmy Ray Guinn, Todd Hargrove, Timothy Hill, Dusty Hylton, Tara Jahateh, Michael McCoy, Dorothy Meadows, Phillip Mitchell, Chelsie Richardson, LaSandra Rose, Rickie Roswell, Gwen Sinns, Eddie Mae Smith, Nancy Smith, Iva Tate, Sally Villanueva, Shawn Ward, and Dorothy Wilson (hereinafter "Settling Plaintiffs"). The parties desire to settle the claims of each of the Settling Plaintiffs.

Settling Plaintiffs have asserted claims against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the parties' confidential Settlement Agreement and Releases. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Having conducted an in camera review of the Parties' confidential Settlement Agreements and Releases, the Court is satisfied that the Parties' settlement of this contested case is fair, reasonable, and in the best interest of the Settling Plaintiffs. The Settlement Agreements and Releases reflect a reasonable compromise of disputed issues. Settling Plaintiffs and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above,

IT IS, THEREFORE, ORDERED that the Court APPROVES the Parties' confidential Settlement Agreements and Releases, and also that the claims of Phillip Mitchell are hereby DISMISSED WITH PREJUDICE. The parties are to notify the United States Court of Appeals for the Fourth Circuit of this Order.

This ___ day of July, 2013.

Graham C. Mullen
Senior United States District Judge

Firmwide:121452870.1 053439.1083