# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932

In Re: MDL Family Dollar FLSA Litigation

Concerning *Saxon v. Family Dollar Stores, Inc.,* No. 3:08-cv-1939;

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2013 Order in favor of Family Dollar with respect to Plaintiff Kimberly Saxon's claim.

Signed: December 19, 2013

Frank G. Johns, Clerk
United States District Court