IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE FAMILY DOLLAR
FLSA LITIGATION

MDL DOCKET NO: 3:08-md-01932-GCM
Judge Graham C. Mullen

*Concerning Samuel v. Family Dollar Stores*
Case No. 3:12-cv-1951
_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO HAVE ANY PARTIAL MOTIONS FOR SUMMARY JUDGMENT THAT PLAINTIFFS FILE TO BE DUE DURING THE SAME TIME FRAME THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IS DUE**

THIS MATTER is before the Court upon Plaintiffs' Unopposed Motion to Have Any Partial Motions for Summary Judgment that Plaintiffs File to Be Due during the Same Time Frame that Defendant's Motion for Summary Judgment Is Due. The Court having reviewed the Motion and being fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED, that the Plaintiffs' Unopposed Motion is GRANTED and that any Partial Motions for Summary Judgment filed on behalf of the Plaintiff is due at the same time and manner as Defendant's Motion for Summary Judgment.

Dated: December 30, 2013.

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record