# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cindy Sykes**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | **)** | 3:08md1932 |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| Family Dollar**,** | **)** | |
| Defendant(s). | **)** | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2014 Order.

January 16, 2014

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court