# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Kim Wright**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:08md1932 |
| | ) | |
| vs. | ) | |
| | ) | |
| Family Dollar**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2014 Order.

February 4, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court