IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08 MD 1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR ) | |
| FLSA LITIGATION ) | |
| ) | |
| _____ ) | **ORDER** |
| ) | |
| *Concerning Blomberg v. Family Dollar* ) | |
| *Stores* ) | |
| ) | |
| Case No. 3:12-cv-1952 ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Compel Production of Original Electronic Version of Plaintiff's Resume and Related Metadata. (Doc. No. 1050). The Court finds Defendant has demonstrated relevance as well as a particularized need to secure an original copy of the resume and the accompanying metadata. Granting this motion would be merely a modest inconvenience to the Plaintiff and would not be at Plaintiff's expense. For these reasons and the reasons stated in open court,

IT IS THEREFORE ORDERED that:

(1) Defendant's Motion to Compel Production of Original Electronic Version of Plaintiff's Resume and Related Metadata (Doc. No. 1050) is GRANTED;

(2) Mr. Blomberg is directed to make his hard drive available for the Defendant's expert to copy within twenty-one days after entry of this Order. Defendant's expert may only access and retain information regarding the resume at issue.

Signed: March 18, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge