IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION ) ) ) ) ) ) *Concerning Samuel v. Family Dollar Stores* ) ) ) ) Case No. 3:12-cv-1951 ) ) | ORDER |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Compel Defense Counsel John A. Ybarra, Esq., to Comply with the Rules Governing Depositions and to Compel the Deposition of Witnesses Martha Garcia, Dennis Heskett, Franco Portuondo, and Victoria Johnson. (Doc. No. 1073). A hearing was held on this matter on March 17, 2014. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiffs' motion is hereby DENIED.

Signed: March 18, 2014

Graham C. Mullen
United States District Judge

1