# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:08-md-01932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION ) ) ) ) *Concerning Samuel, et al. v. Family Dollar Stores of Florida, Inc.* ) ) ) ) Case No. 3:12-cv-1951 ) ) | **ORDER** |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Compel Deposition of Dennis Heskett and Bernice Demosthene. (Doc. No. 1074). The Court held a hearing in this matter on March 17, 2014.

For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Deposition of Dennis Heskett and Bernice Demosthene be hereby DENIED.

Signed: March 18, 2014

Graham C. Mullen
United States District Judge