IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08 MD 1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION ) ) ) ) | ORDER |
| ) | |
| *Concerning Samuel, et al. v. Family Dollar Stores of Florida, Inc.* ) ) ) | |
| ) | |
| Case No. 3:12-cv-1951 ) ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Sanctions Related to Plaintiff's Belated Cancellation of Deposition of Carlos Giron. (Doc. No. 1096). The Court finds Plaintiffs' counsel acted vexatiously in cancelling the deposition at the last minute, and that his explanation is disingenuous at best. For these reasons and the reasons stated in open court,

IT IS THEREFORE ORDERED that:

(1) Defendant's Motion for Sanctions Related to Plaintiff's Belated Cancellation of Deposition of Carlos Giron (Doc. No. 1096) is GRANTED IN PART;

(2) Plaintiff's Counsel, Chris Kleppin, is directed to pay $1,695.40 for travel expenses incurred by Defendant's counsel.

Signed: March 18, 2014

Graham C. Mullen
United States District Judge

1