IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-md-01932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR ) | |
| FLSA LITIGATION ) | |
| ) | ORDER |
| _____ ) | |
| ) | |
| *Concerning Phillips v. Family Dollar* ) | |
| *Stores of South Carolina, Inc.* ) | |
| ) | |
| Case No. 3:12-cv-1950 ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Defendant's Motion to Compel Deposition of Layonee Phillips. (Doc. No. 1091). The Court held a hearing in this matter on March 17, 2014. The Court finds that Layonee Phillips must be made available for deposition and appear within three (3) weeks from entry of this Order. In addition, Plaintiffs' counsel may submit to the Court in writing up to two (2) additional individuals he would like to depose. Those depositions must be completed within three (3) weeks from entry of this Order.

IT IS THERERFORE ORDERED that Defendant's Motion to Compel Deposition of Layonee Phillips be hereby GRANTED.

Signed: March 18, 2014

Graham C. Mullen
United States District Judge