**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-md-01932-GCM**

| | | |
|---|---|---|
| **IN RE FAMILY DOLLAR** | ) | |
| **FLSA LITIGATION** | ) | |
| | ) | |
| _____ ) | | **ORDER** |
| | ) | |
| *Concerning Blomberg v. Family Dollar* | ) | |
| *Stores* | ) | |
| | ) | |
| Case No. 3:12-cv-1952 | ) | |
| _____ ) | | |

 

 

**THIS MATTER** is before the Court upon Defendant's Motion to Strike the Notices of

Consent Filed by Opt-In Plaintiffs Thomas Martone and Derris McGee.  (Doc. No. 1039).  The

Court held a hearing in this matter on March 17, 2014.  For the reasons stated in open court,

IT IS THEREFORE ORDERED that Defendant's Motion to Strike the Notices of

Consent Filed by Opt-In Plaintiffs Thomas Martone and Derris McGee is hereby GRANTED.

Signed: March 18, 2014

Graham C. Mullen
United States District Judge