IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-md-01932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR )<br>FLSA LITIGATION )<br> )<br>_____ )<br> )<br>*Concerning Samuel v. Family Dollar* )<br>*Stores of Florida, Inc.* )<br> )<br>Case No. 3:12-cv-1951 )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court upon Defendant's Motion to Dismiss Named Plaintiff Shirley German. (Doc. No. 1065). The Court held a hearing in this matter on March 17, 2014. For the reasons stated in open court,

IT IS THEREORE ORDERED that Defendant's Motion to Dismiss Named Plaintiff Shirley German is hereby DENIED, but Plaintiff Shirley German is hereby directed to be available and appear for deposition within three (3) weeks from entry of this Order.

Signed: March 18, 2014

Graham C. Mullen
United States District Judge