IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08 MD 1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR ) | |
| FLSA LITIGATION ) | |
| ) | |
| _____) | **ORDER** |
| ) | |
| *Concerning McCarty v. Family Dollar* Stores ) | |
| ) | |
| Case No. 3:08cv1934 ) | |
| _____) | |

    This matter is before the Court upon Defendant's Motion for Summary Judgment and Memorandum in Support of its Motion for Summary Judgment with Respect to Plaintiff Elijah Ray Nelson (Doc. No. 922), filed March 14, 2013. Despite several requests for extensions of time to respond to this motion, it appears that Plaintiff never filed a response. Accordingly, for the reasons stated in Defendant's Motion and brief in support,

    IT IS THEREFORE ORDERED that Defendant's motion is hereby GRANTED.

Signed: March 19, 2014

*[Signature]*

Graham C. Mullen
United States District Judge