# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932


In Re: MDL Family Dollar FLSA Litigation

Concerning Moody *v. Family Dollar Stores, Inc.,* No. 3:08-cv-1935


**JUDGMENT IN A CIVIL CASE**


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2014 Order in favor of Family Dollar with respect to Plaintiff Doris Moody's claims.


_____

Frank G. Johns, Clerk
United States District Court