# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | MDL DOCKET NO: 3:08-MD-1932<br>Judge Graham C. Mullen |
| *Concerning all member cases, 3:08-MD-1932* | |

## ORDER OF APPROVAL OF SETTLEMENTS AND DISMISSAL OF CLAIMS OF RUBY BRADY AND DORIS MOODY WITH PREJUDICE

This matter is before the Court upon the Parties' request that the Court conduct an in camera review of and approve confidential Settlement Agreement and Releases for Ruby Brady, Claude Carlile, Annie Gillan, Susan Lord, Rosie Magwood, Betty McCarty, Donna McKay, Doris Moody, Gary Peters, Luana Scott, Cindy Sykes, Dana Szilagyi and Kim Wright (hereinafter "Settling Plaintiffs"). The parties desire to settle the claims of each of the Settling Plaintiffs and further consent to the dismissal of the claims of the Settling Plaintiffs with prejudice.

Settling Plaintiffs have asserted claims against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the parties' confidential Settlement Agreement and Releases. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Having conducted an in camera review of the Parties' confidential Settlement Agreement and Releases, the Court is satisfied that the Parties' settlement of this contested case is fair, reasonable, and in the best interest of the Settling Plaintiffs. The Settlement Agreement and

Releases reflect a reasonable compromise of disputed issues. Settling Plaintiffs and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above,

IT IS, THEREFORE, ORDERED that the Court APPROVES the Parties' confidential Settlement Agreements and Releases, and also that the claims of Ruby Brady and Doris Moody are hereby DISMISSED WITH PREJUDICE. The parties are to notify the United States Court of Appeals for the Fourth Circuit of this Order.

This 18th day of August, 2014.

Graham C. Mullen
Senior United States District Judge