IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION ) ) ) ) _____ ) ) *Concerning Samuel v. Family Dollar Stores* ) ) ) ) Case No. 3:12-cv-1951 ) ) _____ ) | ORDER |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Judicial Disqualification and/or Recusal and Motion for Stay Pending Resolution of Disqualification/Recusal (Doc. No. 1204). Defendant consents to staying this action pending resolution of the Plaintiffs' motion. Accordingly, this case is hereby STAYED pending resolution of Plaintiffs' Motion for Judicial Disqualification and/or Recusal.

Signed: August 25, 2014

Graham C. Mullen
United States District Judge

1