IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR ) <br> FLSA LITIGATION ) <br> ) <br> _____ ) <br> ) <br> *Concerning Samuel v. Family Dollar* ) <br> *Stores* ) <br> ) <br> Case No. 3:12-cv-1951 ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court on Plaintiffs' Motions for Extension of Time (Doc. Nos. 1229 & 1230). The Court has entered an Order staying this action pending resolution of Plaintiffs' Motion for Judicial Disqualification and/or Recusal. Accordingly, Plaintiffs' motions for extension of time are denied as MOOT.

IT IS SO ORDERED.

Signed: August 25, 2014

Graham C. Mullen
United States District Judge

1