IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932-GCM

| | |
|---|---|
| IN RE FAMILY DOLLAR ) | |
| FLSA LITIGATION ) | |
| ) | ORDER |
| _____ ) | |

This matter is before the Court upon a *pro se* Motion to Intervene (Doc. No.1199) filed by eight individuals from Pennsylvania and New Jersey. Movants fail to allege that they were employed by the Defendant, much less employed as salaried Store Managers within the relevant period. They provide no factual or legal basis for intervention. The motion is frivolous and is hereby DENIED.

IT IS SO ORDERED.

Signed: February 11 2015,

Graham C. Mullen
United States District Judge