UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR<br>FLSA LITIGATION | 3:08-md-1932 |

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' Motion to Stay April 15, 2015 Hearing (Doc. No. 1319) and the parties' attendant briefs and exhibits. Having reviewed the parties' contentions, and in light of the fact that the matters scheduled for oral argument have been pending for some time, the Court finds that further delay is unwarranted and Plaintiffs' Motion is **DENIED**. If during the course of the hearing it becomes necessary to defer ruling on a particular matter, the Court will make such a determination at that time.

**SO ORDERED**.

Signed: April 9, 2015

Graham C. Mullen
United States District Judge