IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION )<br>)<br>_____ )<br>)<br>Concerning Samuel v. Family Dollar Stores )<br>Of Florida, Inc. )<br>)<br>Case No. 3:12CV1951 )<br>)<br>Concerning LaPierre v. Family Dollar Stores )<br>Of Georgia, Inc. )<br>)<br>Case No. 3:14CV1954 )<br>_____ ) | ORDER |

    These matters are before the Court upon oral argument held on April 15, 2015. For the reasons stated in open Court,

    IT IS THEREFORE ORDERED that:

1) Plaintiff Shirley German's Motion for Summary Judgment (Doc. No. 1141) and Motion for Summary Judgment by Default (Doc. No. 1201) are hereby DENIED;
2) Defendant's Motion to Dismiss Named Plaintiff Shirley German (Doc. No. 1196) is hereby GRANTED and Plaintiff German is dismissed with prejudice;
3) Defendant's Motion for Sanctions Related to Plaintiff Shirley German's Motion for Summary Judgment by Default (Doc. No. 1213) is hereby GRANTED, and sanctions are awarded in the amount of $11,000;
4) Plaintiffs' Motion to Remand (Doc. No. 1211) is DENIED AS MOOT, and Plaintiffs' Motion to Remand (Doc. No. 1206) is hereby DENIED;
5) Plaintiff Wendy LaPierre's Motion for Voluntary Dismissal (Doc. No. 1216) is hereby GRANTED, provided that if she refiles this claim, it must be refiled in this Court; and
6) Plaintiffs' Motion for Sanctions against John A. Ybarra (Doc. No. 1303) is hereby DENIED, and the court sua sponte orders that sanctions be imposed against Mr. Kleppin pursuant to Fed.R.Civ. P rule 11.

Signed: April 15, 2015

Graham C. Mullen
United States District Judge