IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MD1932

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION ) | |
| ) | |
| ) | ORDER |
| ) | |
| Concerning Samuel v. Family Dollar Stores ) | |
| of Florida, Inc. ) | |
| ) | |
| Case No. 3:12CV1951 ) | |

This matter is before the Court upon its own motion. As directed by the Court, the parties have submitted their proposed schedules for filing dispositive motions and the Court has taken these into consideration. It appears that eight Plaintiffs remain in this action. Accordingly, the Court sets the dispositive motion schedule as follows:

June 15, 2015: Dispositive motions are to be filed with respect to Victoria Barkley and Alexander Bell.

July 27, 2015: Dispositive motions are to be filed with respect to Julissa Cepeda, Teresa Ferrell, and Quan Glenn.

September 8, 2015: Dispositive motions are to be filed with respect to Claresa Howard, Angelica James, and Andrea Samuel.

The briefing shall follow the standard response times set forth in the Local Rules unless a party seeks a reasonable extension.

IT IS SO ORDERED.

Signed: May 4, 2015

Graham C. Mullen
United States District Judge