IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | MDL DOCKET NO: 3:08-md-01932-GCM |
| *Concerning Samuel v. Family Dollar Stores of Florida, Inc.* | |
| Case No. 3:12-cv-1951 | |

ORDER GRANTING
JOINT MOTION TO STAY PROCEEDINGS FOR 120 DAYS

Having considered the Parties' Joint Motion to Stay Proceedings for 120 Days and being fully advised of its premises, for good cause shown, the Court GRANTS the Parties' Joint Motion. It is ORDERED that all proceedings in this matter are stayed for 120 days.

SO ORDERED this 2nd day of July, 2015.

Graham C. Mullen
United States Senior District Judge