IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE FAMILY DOLLAR<br>FLSA LITIGATION | ) )  ) ) ) ) | MDL DOCKET NO: 3:08-md-01932-GCM |
| *Concerning Samuel v. Family Dollar Stores of Florida, Inc.*<br><br>Case No. 3:12-cv-1951 | ) ) ) ) ) ) ) ) | |

**ORDER LIFTING STAY AND SETTING
DISPOSITIVE MOTION SCHEDULE**

This matter is before the Court upon its own motion. The stay, previously imposed in this case (Dkt. No. 1363), will be lifted on November 4, 2015.

As directed by the Court, the parties have submitted their proposed schedules for filing dispositive motions and the Court has taken these into consideration. Accordingly, the Court sets the dispositive motion schedule as follows:

| | |
|---|---|
| November 9, 2015: | Oppositions to the Motions for Summary Judgment with respect to Barkley and Bell are to be filed. |
| November 19, 2015: | Replies to the Motions for Summary Judgment with respect to Barkley and Bell are to be filed. |
| December 4, 2015: | Dispositive motions are to be filed with respect to Cepeda, Glenn and Ferrell. |
| December 21, 2015: | Oppositions to dispositive motions with respect to Cepeda, Glenn and Ferrell are to be filed. |
| December 31. 2015: | Replies to dispositive motions with respect to Cepeda, Glenn and Ferrell are to be filed. |
| January 19, 2016: | Dispositive motions are to be filed with respect to Howard, James and Samuel. |

1

February 5, 2016:    Oppositions to dispositive motions are to be filed with respect to Howard, James and Samuel.

February 16, 2016:   Replies to dispositive motions with respect to Howard, James and Samuel are to be filed.

IT IS SO ORDERED.

Signed: October 30, 2015

Graham C. Mullen
United States District Judge