# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:08MD1932


In Re: MDL Family Dollar FLSA Litigation

Concerning *Grace et al v. Family Dollar Stores, Inc.,* No. 3:06-cv-306;
*Ward et al v. Family Dollar Stores, Inc.,* No. 3:06-cv-441;
*Blake v. Family Dollar Stores, Inc.,* No. 307:cv244;
*Slater et al v. Family Dollar Stores, Inc.,* No. 307:cv501;
*Scott v. Family Dollar Stores, Inc.,* No. 3:08cv110;
*McCarty et al v. Family Dollar Stores, Inc.,* No. 3:08cv1934;
*Moody v. Family Dollar Stores, Inc.,* No. 3:08cv1935;
*Toms v. Family Dollar Stores, Inc.,* No. 308:cv1933;
*Itterly v. Family Dollar Stores, Inc.,* No. 3:08cv1936;
*Avirett v. Family Dollar Stores, Inc.,* No. 3:08cv1937;
*Magwood v. Family Dollar Stores, Inc.,* No. 3:08cv1938;
*Jackson et al v. Family Dollar Stores, Inc.,* No. 3:08cv1939;
*Fowler et al v. Family Dollar Stores, Inc.,* No. 3:07cv316;
*Robinson v. Family Dollar Stores, Inc.,* No. 3:08cv91;
*Latner v. Family Dollar Stores, Inc.,* No. 3:08cv1940;
*Youngblood et al v. Family Dollar Stores, Inc.,* No. 3:09cv1941;
*Crane v. Family Dollar Stores, Inc.,* No. 3:09cv1942;
*Rancharan v. Family Dollar Stores, Inc.,* No. 3:09cv1943;
*Cooper v. Family Dollar Stores, Inc.,* No. 3:09cv1944;
*Colon v. Family Dollar Stores, Inc.,* No. 3:09cv1954;
*Daniels et al v. Family Dollar Stores, Inc.,* No. 3:09cv1946;
*Friedman v. Family Dollar Stores, Inc.,* No. 3:10cv1947;
*Sasser v. Family Dollar Stores, Inc.,* No. 3:10cv1948;
*Hamilton v. Family Dollar Stores, Inc.,* No. 3:11cv1949;
*Phillips v. Family Dollar Stores, Inc.,* No. 3:12cv1950;
*Samuel et al v. Family Dollar Stores, Inc.,* No. 3:12cv1951;
*Blomberg v. Family Dollar Stores, Inc.,* No. 3:12cv1952;
*Ryan v. Family Dollar Stores, Inc.,* No. 3:12cv1953;
*LaPierre v. Family Dollar Stores, Inc.,* No. 3:14cv1954;

## JUDGMENT IN A CIVIL CASE

DECISION BY COURT. This action having come before the Court and decisions having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Orders.

Signed: March 3, 2016

Frank G. Johns, Clerk
United States District Court